*AMENDED*
# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

CHRISTOPHER JONES
14 1-04-13522 ,

Full name of plaintiff/prisoner ID#

04 CV 3967 (CBA)(LB)

Plaintiff,

JURY TRIAL DEMAND
YES__x__   NO _____

-against-

POLICE OFFICER THOMAS PISANO SHIELD#29517 ,POLICE OFFICER PATRICK
LANTRY SHIELD#19535 OF THE 90th PRECINCT,211 UNION AVENUE BKLYN,N.Y.
DET.STEVEN SNEIDER OF THE 79th precinct 263 TOMPKINS AVE. BKLYN ,N.Y.
Enter full names of defendants DET.DOUGLAS CHAVIS SHIELD#6617 OF THE BROOKLYN
[Make sure those listed above are TRANSIT DETECTIVE SQUAD, BKLYN,N.Y.
identical to those listed in Part III.]

Defendants.

------------------------------------------------x

I.    Previous Lawsuits:

      A.    Have you begun other lawsuits in state or federal court
            dealing with the same facts involved in this action or
            otherwise relating to your imprisonment? Yes ( ) No (x)

      B.    If your answer to A is yes, describe each lawsuit in the space below
            (If there is more than one lawsuit, describe the additional lawsuits
            on another piece of paper, using the same outline.)

            1. Parties to this previous lawsuit:

            Plaintiffs: _____
                      _____

            Defendants: _____
                      _____

RECEIVED
JAN 1 1 2005
PRO SE OFFICE

            2. Court (if federal court, name the district;
               if state court, name the county)

               _____

            3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.     Place of Present Confinement:  <u>GEORGE MOTCHAN DETENTION CENTER</u>

A.  Is there a prisoner grievance procedure in this institution?  Yes (x ) No (  )

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes (  )  No (X)

C.  If your answer is YES,

1.  What steps did you take? _____

_____

_____

2.  What was the result? _____

_____

D.  If your answer is NO, explain why not  <u>THIS IS NOT A PRISON</u>

<u>GRIEVANCE ISSUE</u>

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?  Yes (  )   No (x)

F.  If your answer is YES,

1.  What steps did you take? _____

_____

_____

2.  What was the result? _____

_____

2

III.   Parties:

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff  CHRISTOPHER JONES 141-04-13522

Address  GEORGE MOTCHAN DETENTION CENTER

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1          POLICE OFFICER THOMAS PISANO SHIELD#29517
                         90th PRECINCT 211 UNION AVENUE
                         BKLYN,N.Y.

Defendant No. 2          POLICE OFFICER PATRICK LANTRY SHIELD#19535
                         90th PRECINCT 211 UNION AVENUE
                         BKLYN,N.Y.

Defendant No. 3          DET.STEVEN SNEIDER SHIELD#00842
                         79th PRECINCT 263 TOMPKINS AVE.
                         BKLYN,N.Y.

Defendant No. 4          DET.DOUGLAS CHAVIS SHIELD#6617
                         BROOKLYN TRANSIT DETECTIVE SQUAD
                         BKLYN, N.Y.

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

ON A NEW YORK CITY BLOCK IN BROOKLYN,BELIEVED TO BE WALTON AVENUE
OR LORIMER ST. I WAS ASSAULTED BY SEVERAL POLICE OFFICERS ON 8/23/04
OR 8/24/04 AT APPROXIMATELY 10:00PM OR12:00AM [BETWEEN THOSE HOURS ]
THE POLICE TOLD ME TO LAY FACE DOWN ON THE GROUND."DON'T MOVE" I HEAR
 THEM WHISPERING SOMETHING BACK AND FORTH ABOUT ME BEING ON PAROLE.
 I ASK,COULD SOMEBODY TELL ME WHAT'S GOING ON? ONE OF THEM TELLS ME
 TO SHUT THE FUCK UP! I SAID,YO,I DIDN'T DO NOTHING.THE UNIFORMED
 POLICE OFFICER [BELIEVED TO BE] PATRICK LANTRY SHIELD#19535 KNEELS
 BESIDE ME AND HISSES,DIDN'T I TELL YOU TO SHUT UP? I SAID,"YEAH".
 P.O.PATRICK LANTRY THEN STRUCK ME IN THE HEAD SEVERAL TIMES WITH
 HIS WALKIE TALKIE AND SAID "WELL,SHUT THE FUCK UP, THEN! "EMPHASIZING
 EACH WORD WITH EACH BLOW TO MY HEAD.I SAID,WHY ARE YOU DOING THIS,MAN?
 AND THEN THEY STARTED KICKING ME EVERYWHERE.STOMPING ME OUT.SOMEBODY

IV. A        If you are claiming injuries as a result of the events you are complaining about,
             describe your injuries and state what medical treatment you required.  Was
             medical treatment received?

 HEAD INJURY-MY HEAD WAS SPLIT OPEN BY BEING STRUCK BY POLICE OFFICER'S
 WALKIE-TALKIE. AS A RESULT OF THIS, I SUFFERED PAINFUL MIGRAINE HEAD-
 ACHES AND THROBBING IN MY TEMPLES FOR DAYS.POLICE OFFICERS ALSO PUT MY
 LIFE IN JEOPARDY/DANGER BY NOT TAKING ME TO THE HOSPITAL IMMEDIATELY
 AND ALLOWING ME MEDICAL TREATMENT. WHEREAS, THE DOCTOR/NURSE SAID I
 COULD OF SLIPPED INTO A COMA AND NOT AWAKEN AT ALL.DUE TO THE FACT THAT
 I WENT TO SLEEP AFTER BEING STRUCK A TOP THE HEAD SEVERAL TIMES.
 2)SHOULDER INJURY-I WAS BEATEN WITH NIGHTSTICKS AND KICKED/STOMPED ON
   BY POLICE OFFICERS.MY ARMS WERE PULLED BACKWARDS TOWARDS MY HEAD WHILE

BEAT MY RIGHT LEG AND RIGHT SIDE OF MY SHOULDER AND BACK WITH A NIGHT
STICK. I TRIED TO CURL UP TO PROTECT MYSELF. NEXT THING I KNOW, I SAW
GUNS OUT AROUND MY HEAD. I LOOKED UP TO THE SIDE AND SAW A DIFFERENT
POLICE OFFICER THOMAS PISANO SHIELD#29517 SWING HIS GUN IN HAND AT MY
HEAD. I TRIED TO DUCK BUT IT HIT ME IN THE MOUTH, WHICH BUSTED MY TOP
AND BOTTOM LIPS WIDE OPEN AND KNOCKED MY TEETH LOOSE. MY UPPER RIGHT
TOOTH WAS HANGING OUT OF MY GUM BY THE ROOT AND THE ONE NEXT TO IT IS
ALSO LOOSE.THEY CONTINUED TO BEAT ME AS I WAS BLACKING OUT. I REMEMBER
THEM SQUEEZING MY HANDS TIGHTLY. THEN I COULDN'T FEEL MY HANDS ANY MORE
THIS TOOK PLACE WHILE IN CUSTODY OF THE 90th PRECINCT.THEY HAD THE 79th
PRECINCT PICK ME UP.WHEREAS,DETECTIVE SNEIDER SHIELD#00842 IGNORED MY
PHYSICAL CONDITION AND DENIED ME MEDICAL ATTENTION FOR ABOUT 24 HOURS,
WHILE HE QUESTIONED ME ABOUT DRUG DEALERS,ROBBERY,GUNS,WHO SHOT WHO, ETC.
ONCE HE FINISHED THAT HE SENT ME THROUGH A SERIES OF LINE-UPS AGAINST
MY WILL AND REQUEST FOR A LAWYER.DET.DOUGLAS CHAVIS SHIELD#6617 ALSO
REFUSED TO ALLOW EMS [ EMERGENCY MEDICAL SERVICES ] TO TAKE ME TO THE
HOSPITAL.HE TOLD EMS THEY COULDN'T TAKE ME TO THE HOSPITAL NOW.TO COME
BACK LATER WHEN HE'S FINISHED WITH ME.IGNORING MY MEDICAL NEEDS.WHEN I
FINALLY GET MEDICAL TREATMENT,THE DOCTOR SAID IT'S TOO LATE TO STITCH
YOU UP BECAUSE THE HEALING PROCESS HAS ALREADY BEGUN TO CLOT THE BLOOD
FROM FLOWING.I MAKE THIS CLAIM UNDER THE      LAWS AND GUIDELINES AGAINST
POLICE BRUTALITY.I DIDN'T DO ANYTHING WRONG NOR DID I RESIST ARREST.
THEREFORE,I SHOULDN'T HAVE BEEN BEATEN.I AM A WORKING CLASS TAX PAYING
CITIZEN AND I WAS BEATEN BY SEVERAL UNKNOWN POLICE OFFICERS AND CHARGED
WITH TWO CRIMES I KNOW NOTHING ABOUT NOR COMMITTED. IN AN ATTEMPT TO
COVER UP OR JUSTIFY MY ASSAULT.THIS HAS GOT TO STOP.I INTEND TO SUE THE
NEW YORK POLICE DEPARTMENT.PLEASE LOG AND FILE MY COMPLAINT.


IV.A .STATEMENT OF CLAIM  [CONTINUED ] PAGE#2

I WAS HANDCUFFED IN A MANNER TO INFLICT MORE PAIN. AS A RESULT OF
THIS,I CAN'T LIFT MY RIGHT ARM OVER MY HEAD WITHOUT EXPERIENCING
SHARP PAIN IN MY SHOULDER BLADE AREA AND RIGHTSIDE OF MY LOWER
NECK AND AT TIMES I AWAKE WITH SORENESS. A DOCTER/NURSE SAID IT
MAY BE THE CAUSE OF A PINCHED NERVE.

3)MOUTH INJURY - I WAS PISTOL WHIPPED/SLAPPED IN THE FACE WITH
POLICE OFFICER'S SERVICE WEAPON/GUN.AS A RESULT OF THIS, MY LIPS
AND GUMS WERE BUSTED OPEN AND MY TEETH WERE KNOCKED LOOSE. ONE
TOOTH WAS BROKEN /CRACKED INSIDE OF MY GUM. I HAD AN EXCRUIATINGLY
PAINFUL SENSATION IN MY MOUTH. THIS TOOTH HAD TO BE REMOVED IN TWO
PARTS.ON  9/3/04 PIECE WAS REMOVED AND A ROOT CANAL PERFORMED. ON
9/23/04 THE REMAINING PIECE WAS FULLY EXTRACTED.DUE TO INFECTION
AND ABSCESS FORMING. NOW,I HAVE A SPEECH IMPEDIMENT , A LISP.
BECAUSE OF MISSING TOOTH I CAN NOT PRONOUNCE/ENUNCIATE CERTAIN WORDS.
A SECOND TOOTH IS STILL LOOSE AND NERVE SENSITIVE.

4)WRIST INJURY - POLICE OFFICER TWISTED MY HANDS/WRIST IN A MANNER
TO INDUCE PAIN. AS A RESULT OF THIS,I CAN NOT WRITE FOR AN EXTENDED
PERIOD OF TIME.NOR,CAN I LIFT X-AMOUNT OF WEIGHT WITHOUT FEELING A
STRAIN IN MY HAND/WRIST.RIGHT HAND. I'M RIGHT HANDED.

5)BACK INJURY- SEVERAL POLICE OFFICERS BEAT ME WITH NIGHTSTICKS,
KICKED AND STOMPED ME IN THE RIB CAGE AND BACK AREA. I EXPERIENCED
SHARP PAINS,SORENESS,STIFFNESS AND MUSCLE SPASMS IN MY LOWER SPINE/
BACK AREA. I'M STILL EXPERIENCING BACK PAIN AND STIFFNESS ALMOST
EVERY MORNING I AWAKE. IT'S HARD TO STAND FOR EXTENDED PERIODS OF
TIME.ALSO,I FEEL TENSION IN MY BACK WHEN I WALK AND CLIMB STAIRS.
FEELS LIKE TIGHT MUSCLES BEING PULLED AND STRETCHED WHICH IS PAINFUL
TO ENDURE.FEELS LIKE BEING OLD IN AGE.

6) LEG INJURY—I WAS STRUCK ABOUT THE LEG WITH POLICE OFFICER'S NIGHTSTICKS. AS A RESULT OF THIS, I HAD A SLIGHT LIMP. MY LEG STILL HURTS FROM TIME TO TIME. ESPECIALLY, WHEN IT RAINS. BELOW THE KNEE AND SHIN AREA.

AS AN OVERALL RESULT OF THESE INJURIES, I HAVE A MISSING TOOTH, A LOOSE TOOTH, A SPEECH IMPEDIMENT, EXTREME BACK PAIN SHOULDER AND NECK PAINS, A BUM LEG AND WEAK WRIST. I HAVE TO RELY ON SEVERAL PAIN MEDICATIONS AND MUSCLE RELAXERS TO EASE THESE COMPLICATIONS CAUSED BY THE N.Y.P D.'S MISTREATMENT. I'M ON A THERAPUTIC DIET BECAUSE OF MY MOUTH INJURY AND AWAITING THERAPY FROM A SPECIALIST FOR MY BACK INJURY. ALL MEDICAL BILLS ARE INCLUDED IN THIS CLAIM.

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

$5 MILLION DOLLARS IN DAMAGES FOR PAIN AND SUFFERING,MENTAL
ANGUISH ,EMOTIONAL STRESS,PHYSICAL SCARRING,LOSS OF WAGES,MEDICAL
AND LEGAL FEES,HUMILIATION,GROSS NEGLIGENCE AND FALSE ARREST.

I declare under penalty of perjury that on __1/7/05__, I delivered this
                                          (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this __7th__ day of __JANUARY__, 20__05__ I declare under penalty of

perjury that the foregoing is true and correct.

Signature of Plaintiff

GEORGE MOTCHAN DETENTION CENTER
Name of Prison Facility

15-15 Hazen STREET

EAST ELMHURST,N.Y.11370

Address

141-04-13522
Prisoner ID#

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTOPHER JONES
#141-04-13522

Plaintiff

-vs-

P.O.THOMAS PISANO SHIELD#29517,P.O.PATRICK LANTRY SHIELD#19535,DET.DOUGLAS CHAVIS SHIELD#6617 DET.STEVEN SNEIDER SHIELD#00842

**REQUEST TO PROCEED IN FORMA PAUPERIS**

Defendant(s)

I, CHRISTOPHER JONES , am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1.    If you are presently employed:
         a) give the name and address of your employer
         b) state the amount of your earnings per month

_____

_____

_____

2.    If you are **NOT PRESENTLY EMPLOYED:**
         a) state the date of start and termination of your last employment
         b) state your earnings per month.
      **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
      a)6/04 TO 8/04        b) APPROX.$1,000 AFTER TAXES
      a) [ I BELIEVE I DON'T HAVE THE EXACT DATE ON CAP ]

3.    Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

MY ONLY SOURCE OF INCOME WAS MY JOB WHICH I LOST DUE TO THIS INCARCERATION.
      a) Are you receiving any public benefits?          ☒ No  ☐ Yes, $ _____
      b) Do you receive any income from any other source?   ☒ No  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

_____NO  /  NONE_____

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

_____NONE_____

_____

7. Do you pay for rent or for a mortgage? If so, how much each month?

_____NO  /  NONE_____

8. State any special financial circumstances which the Court should consider.

_____NONE_____

_____

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: __1/7/05__

_____
(signature)

rev. 7/2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## PRISONER AUTHORIZATION

The Prison Litigation Reform Act ("PLRA" or "Act") requires you to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $150 has been paid, **no matter what the outcome of the action.**

\* \* \*

## SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, CHRISTOPHER JONES , request and authorize the facility institution holding me in custody to send to the Clerk of the United States District Court for the Eastern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the facility holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Eastern District of New York. This authorization shall apply to any facility into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $150 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT <u>EVEN IF MY CASE IS DISMISSED</u>.**

Signature of Plaintiff _____    Date Signed JANUARY 7, 2005

N.Y.S.I.D. # 6679892L _____

Local Prison I.D. # 141-04-13522 _____

Federal Bureau of Prisons I.D. # _____

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER:   87350

THE PEOPLE OF THE STATE OF NEW  YORK
                VS

JONES,CHRISTOPHE
Defendant

_03/12/1975_
Date of Birth

23 NOSTRAND AVE
Address

_6679892L_
NYSID Number

BROOKLYN            NY  11206
City               State  Zip

_08/24/2004_
Date of Arrest/Issue

Docket Number: 2004KN051974

Summons No:

160.10 160.10 160.05 265.01 165.40 155.25 120.14
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 10/15/2004 | DISMISSED | GARNETT,W | AP1F |

## SEALED

Pursuant to Section 160.50 of the CPL

RECEIVED
JAN 1 1 2005
PRO SE OFFICE

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY       _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNE

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

CLOTHIER,A
COURT OFFICIAL SIGNATURE AND SEAL

10/21/2004
DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



**CRIMINAL COURT OF THE CITY OF NEW YORK**
120 SCHERMERHORN STREET
BROOKLYN. N.Y. 11201
(718) 643-4044

DATE  9-29-04

TO WHOM IT MAY CONCERN:

YOUR REQUEST IS BEING RETURNED FOR THE FOLLOWING REASON :

☑    A FEE OF $10.00 IS REQUIRED FOR EACH CERTIFICATE OF
       DISPOSITION FORWARD A U.S. POSTAL MONEY ORDER ONLY!!!!
       NO CASH... NO PERSONAL CHECKS OR ATTORNEY CHECKS

☐    WE NEED MORE INFORMATION. PLEASE FURNISH AS MUCH OF THE
       INFORMATION BELOW. RETURN THIS FORM WITH YOUR ORIGINAL
       COMMUNICATION.

*INCARCERATED
RIKERS
#141-04-135
AMDC/
15-15 HA2t
KLMLMP
G NY 113*

NAME:  Christopher Jones

✳ ALIASES:  N/A

✳ ADDRESS AT TIME OF ARREST:  23 Nostrand Ave BKlyn, NY 112  # 3B

✳ AGE AT TIME OF ARREST:  29

✳ DATE OF BIRTH  3-12-75      ✳ DATE OF ARREST  8-23 or 8-24-04

✳ PRECINCT/NEIGHBORHOOD  79th   263 Tompkins Ave

✳ ORIGINAL CRIME/OFFENSE: Rob 1°, CPSP 5°, CPW 4°, Menacing, petit larce

✳ DOCKET# 2004KN051974  ✳ NYSID# 6679892L

✳ COURT CONTROL NUMBER  ?  PAf? API?

THE CHARGES LISTED UNDER THE DOCKET NO. ON THE DISPOSITION ARE
RETURN TO BROOKLYN CRIMINAL COURT, CENTRAL CLERK'S OFFICE ROOM 502 THOSE
                                                                    THAT WERE
                                                                    DISMISSED

Please furnish me a copy _____ COURT OFFICIAL  (TN)
of the disposition for the above case under said docket #
and what specific charges were dismissed, pleas
              Thank you  [signature] Christopher Jones

EXHIBIT-1

COMPLAINT - FOLLOW UP
INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Robbery | Pct. | OCCB No. | Complaint No. | | PAGE OF | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date of Orig. Report 8/23/04 | Date Assigned 8/23/04 | Case No. 666 | 79 | Unit Reporting 79RAM | | 67065 | Date of This Report 8/24/04 |

Complainant's Name - Last, First, M.I.
1 Morales, Jason

Victim's Name - If Different

Home Telephone | Business Telephone | Position / Relationship | Address, Include City, State, Zip | Apt. No

Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (if firearm, give color, make, calibre, type, model, etc.) | Sex | Race | Date of Birth | Age

Perp. No. 1
Wanted ☐ | Arrested ☐ | Last Name, First, M.I.
Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | Address, Include City, State, Zip | Apt. No | Res. Pct. | NYSID No.
☐ Eyeglasses ☐ Sunglasses
Nickname, First Name, Alias
Clothing Description.
Scars, Marks, M.O., Etc.
(Continue in "Details"):

Perp. No. 2
Wanted ☐ | Arrested ☐ | Last Name, First, M.I.
Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | Address, Include City, State, Zip | Apt. No | Res. Pct. | NYSID No.
☐ Eyeglasses ☐ Sunglasses
Nickname, First Name, Alias
Clothing Description.
Scars, Marks, M.O., Etc.
(Continue in "Details"):

AREA WT' IN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) |
| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) |
| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | | | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained |
| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: | | | | |
| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: | | | | |
| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) | |

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐C-1 Improper Referral  ☐C-2 Inaccurate Facts  ☐C-3 No Evidence / Can't ID  ☐C-4 Uncooperative Complainant  ☐C-5 "Leads" Exhausted

DETAILS:
      Investigation: Robbery
      Subject: Christopher Jones : Statement
      Status: Case Active

1. Undersigned arrived at 79 Pct. Detective squad at 0145hrs. At this time the suspect, Christopher Jones, was asked if he would like to make a statement. Christopher stated he did not want to make any statements until he gets his lawyer. Christopher advised line-ups would be conducted in the morning in regards to a robbery. Christopher asked if he could smoke 2 cigarettes and was allowed to. Christopher provided with sheets and he went to sleep on bench.

2. Clothing Description: Christopher Jones - blue/white/yellow BB hat
                                                blue/white/yellow T-shirt
                                                blue jeans
                                              **black/red NIKE sneakers

3. Physical Description: Christopher Jones - M/B 5'11" 165lbs
                                              hair- braids
                                                  light mustache

4. Condition: Christopher Jones - cuts to lower right lip and inside mouth.
                                  cuts no bleeding
                                  no complaint for injury at this .time

5. For Your Information.........................

| CASE ☒ACTIVE ☐CLOSED | DATE REVIEWED / CLOSED | | IF ACTIVE, DATE OF NEXT REVIEW | |
| --- | --- | --- | --- | --- |
| REPORTING OFFICER: | RANK P.O. | SIGNATURE | NAME PRINTED Sneider | TAX REG. NO. 920853 | COMMAND 79RAM |
| REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: C | ENTER DESIGNATION OR B | SIGNATURE | | C.O.'s INITIALS |

COMPLAINT FOLLOW-UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

**Crime:** Robbery

**Pct.** 79

**Date of Orig. Report** 8/23/04   **Date Assigned** 8/23/04   **Case No.** 666   **Unit Reporting** 79RAM   **Date of this Report** 8/24/04

exhibit-2

**Complainant's Name - Last, First, M.I.**
Morales, Jason

Total No. of Perpetrators: 1

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐ C-1 Improper Referral   ☐ C-2 Inaccurate Facts   ☐ C-3 No Evidence/Can't ID   ☐ C-4 Uncooperative Complainant   ☐ C-5 "Leads" Exhausted

**DETAILS:**
Investigation: Robbery
Subject: Notifications to BN / Transit Robbery
Status : Case Active

(1) On 8/24/04 at 0815hrs the undersigned notified BN Robbery (Lt. Reilly) and Transit Robbery (Det's Chavis and Rivera) in regards to this arrest.

2. Handgun rec'd is a .25 cal dark in color with brown grips.

3. At time of apprehension perp had two cell phones in his possession and rec'd by P.O. Lantry. P.O. Lantry called the numbers listed on cell phone and spoke to a Christopher Santiago. Mr. Santiago informed P.O. Lantry that the cell phones were stolen at gunpoint on 8/14/04 on the 'M' train. Perp armed with a dark colored handgun with a brown handle.

(4) Det's Chavis and Rivera stated they would respond to 79Pct..

5. For Your Information.....................................

**CASE:** ☒ ACTIVE   ☐ CLOSED

**REPORTING OFFICER:** P.O.   **RANK:** P.O.   **SIGNATURE:** P.O. Sneider   **NAME PRINTED:** Sneider   **TAX REG. NO.** 920853   **COMMAND** 79RAM

**REVIEWING/CLOSING SUPERVISOR:**   **CASE CLOSED:** C _____ OR B _____

**INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

exhibit-3

| | | | | |
|---|---|---|---|---|
| Crime | Robbery | | PAGE | OF | PAGE |

| Date of Orig. Report | Date Assigned | Case No. | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|---|
| 8/23/04 | 8/23/04 | 666 | 79 | | 67065 | 8/24/04 |
| Complainant's Name - Last, First, M.I. | | Unit Reporting | | | | Follow-Up No. |
| Morales, Jason | | 79 RAM | | | | |

Victim's Name - If Different

Last Name, First, M.I.

Address, Include City, State, Zip

Home Telephone | Business Telephone | Position / Relationship | Apt. No

Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.) | Sex | Race | Date of Birth | Age

Wanted ☐ Arrested ☐ Last Name, First, M.I.

Address, Include City, State, Zip | Apt. No | Res. Pct.

Perp. No. 1 | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

☐ Eyeglasses ☐ Sunglasses | Clothing Description
Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details")

Wanted ☐ Arrested ☐ Last Name, First, M.I.

Address, Include City, State, Zip | Apt. No | Res. Pct.

Perp. No. 2 | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

☐ Eyeglasses ☐ Sunglasses | Clothing Description
Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details")

**AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

| Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐ |
| Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐ |
| Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained |
| Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: |
| Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results: |
| Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details) |

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence / Can't ID ☐ C-4 Uncooperative Complainant ☐ C-5 "Leads" Exhausted

DETAILS:

Investigation: Robbery
Subject: Transit Robbery
Status: Case Active

1. On 8/24/04 at approximately 1230hrs Transit Robbery Det.'s Chavis and Rivera at 79 Pct. to transport Christopher Jones to Tansit Robbery Base for line-ups with their C/V's.

2. Christopher Jones asked to go to bathroom before leaving. At 1235 he was allowed to go to bathroom. When he came out he asked if EMS could look at his teeth. One of his teeth was loose and was causing him pain. He was told the Det's were taking him to another Pct. and an ambulance would be called for him. He stated that sounded good.

3. At approximately 1245hrs christopher Jones transported to Transit Robbery.

4. For Your Information.........................

| CASE ☒ ACTIVE ☐ CLOSED | DATE REVIEWED / CLOSED | | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|---|
| REPORTING OFFICER | RANK P.O. | SIGNATURE | NAME PRINTED Sneider | TAX REG. NO. 920853 | COMMAND 79RAM |
| REVIEWING / CLOSING SUPERVISOR | CASE CLOSED: C ___ OR B ___ | ENTER DESIGNATION | SIGNATURE | | C.O.'s INITIALS |

1st COPY CRIMINAL RECORDS SECTION

**EXHIBIT-4**

COMPLAINT/INFORMATION
PD 313-061A (Rev. 4-89)-31

| Date of Orig. Report | Date Assigned | Case No. | | Pct. | OCCB No. | Complaint No. | Date of This Report | PAGE |
|---|---|---|---|---|---|---|---|---|
| 8/23/04 | 8/23/04 | 666 | Robbery | 79 | | 67065 | 8/24/04 | 14 |
| | | Unit Reporting | 79RAM | | | | Follow-Up No. | |

Complainant's Name - Last, First, M.I.
Morales, Jason

Victim's Name - If Different

Home Telephone     Business Telephone     Position / Relationship     Sex   Race   Date of Birth   Age

Total No. of Perpetrators   Wanted   Arrested   Weapon □ Used □ Possessed   Describe Weapon (if firearm, give color, make, calibre, type, model, etc.)

**Perp No. 1**
Wanted □   Arrested □   Last Name, First, M.I.
Address, Include City, State, Zip
Sex   Race   Date of Birth   Age   Height   Ft.   In   Weight   Eye Color   Hair Color   Hair Length   Facial Hair   NYSID No.
□ Eyeglasses □ Sunglasses
Nickname, First Name, Alias
Clothing Description.
Scars, Marks, M.O., Etc.
(Continue in "Details"):

**Perp No. 2**
Wanted □   Arrested □   Last Name, First, M.I.
Address, Include City, State, Zip
Sex   Race   Date of Birth   Age   Height   Ft.   In   Weight   Eye Color   Hair Color   Hair Length   Facial Hair   NYSID No.
□ Eyeglasses □ Sunglasses
Nickname, First Name, Alias
Clothing Description.
Scars, Marks, M.O., Etc.
(Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed  □ Yes □ No   In Person □   By Phone □   Date   Time   Results: Same as Comp. Report - Different (Explain in Details)
Witness Interviewed  □ Yes □ No   In Person □   By Phone □   Date   Time   Results: Same as Comp. Report - Different (Explain in Details)
Canvass Conducted  □ Yes □ No   If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results   Crime Scene Visited □ Yes □ No   If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos  □ Yes □ Refused □ Future   Results:
Witness Viewed Photos  □ Yes □ Refused □ Future   Results:
Crime Scene Dusted  □ Yes □ No   By (Enter Results in Details)   Crime Scene Photos □ Yes □ No   By (Enter Results in Details)
If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
□ C-1 Improper Referral   □ C-2 Inaccurate Facts   □ C-3 No Evidence / Can't ID   □ C-4 Uncooperative Complainant   □ C-5 "Leads" Exhausted

DETAILS:

      Investigation: Robbery
      Subject: Christopher Jones: Returned to 79Pct.
      Status: Case ACtive

1. On 8/24/04 at 2015 hrs, Christopher Jones, returned by Det. Chavis and Det. Rivera to 79 Pct..

2. Line-up to be conducted with C/V at approximately 2100hrs.

3. Christopher Jones requested a cigarette, water, granola bar, and bathroom visit. All requests granted.

4. For Your Information.................

CASE  ☒ ACTIVE □ CLOSED     DATE REVIEWED / CLOSED     IF ACTIVE, DATE OF NEXT REVIEW

REPORTING OFFICER:   RANK   P.O.   SIGNATURE   Pointer   NAME PRINTED   Sneider   TAX REG. NO.   920853   COMMAND   79RAM
REVIEWING / CLOSING SUPERVISOR:   CASE CLOSED: C ____ OR B ____   ENTER DESIGNATION   SIGNATURE   C.O.'s INITIALS

1st COPY CRIMINAL RECORDS SECTION     2nd COPY

INFORMATION
(PD 313-081A (Rev. 4-90-91)

| Date of Orig. Report | Date Assigned | Robbery | Pct. | DCCB No. | Complaint No. | Date of This Report | PAGE |
|---|---|---|---|---|---|---|---|
| 8/23/04 | 8/23/04 | Case No. 666 | 79 | | 67065 | 8/24/04 | PERP 1 |
| | | Unit Reporting 79RAM | | | Follow-Up No: | | PERP 2 |

Complainant's Name - Last, First, M.I.
**Morales, Jason**    Victim's Name - If Different

**EXHIBIT-5**

Investigation: Robbery
Subject: Treatment of Prisoner
Status: Case Active

1. After line-up the perp, Christopher Jones, was told he was identified in all three line-ups as having been the perp of a robbery which occurred late last night.

2. At 2200hrs deft. Christopher Jones requested to be seen by EMS. His mouth still hurt him. EMS had responded to Transit Robbery but didn't take him to the hospital. Deft. states he may want to go to hospital to get treatment. EMS requested and responded to the 79Pct.. At 2300 hrs the deft was transported by ambulance and accompanied by the undersigned to Brooklyn Hospital. At the hospital the deft now claims to not only suffer from cuts in mouth and a loose tooth but states he was beaten by police when he was arrested last night. He stated his face, shoulder, and right hand hurt. At hospital had deft. x-rayed, and CT scanned. Cuts in mouth had already began to scab and did not need stitches. An oral surgeon looked at deft's jaw and teeth. Doctor straightened loose tooth. X-Rays and CT Scan both came back negative. Deft. released at approximately 0815hrs and transported by undersigned to BCB. A Medical Treatment of Prisoner form was prepared and provided to the BCB staff and Corrections.

3. For Your Information......................

| CASE | | | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW | |
|---|---|---|---|---|---|
| ☒ACTIVE ☐CLOSED | | | | | |
| REPORTING OFFICER: | RANK P.O. | | SIGNATURE PO Sneider | NAME PRINTED Sneider | TAX REG. NO. 920853 | COMMAND 79RAM |
| REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: C | OR B | SIGNATURE | | C.O.'s INITIALS |

**EXHIBIT-6**

COMPLAINT FOLLOW-UP INFORMATION
PD 313-081A (Rev. 4-89)-31

| Date of Orig. Report | Date Assigned | Crime Robbery Case No. | Pct. | DCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|---|
| 8/23/04 | 8/23/04 | 666 | 79 | | 67065 | 8/24/04 |
| | | Unit Reporting 79RAM | | | | Follow-Up No. |

Complainant's Name - Last, First, M.I.
Morales, Jason

Victim's Name - If Different

Home Telephone | Business Telephone | Position / Relationship | Address, Include City, State, Zip

Sex | Race | Date of Birth | Age

Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (if firearm, give color, make, calibre, type, model, etc.)

Wanted ☐ | Arrested ☐ | Last Name, First, M.I.

Address, Include City, State, Zip | Apt. No | Res. Pct.

Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

☐ Eyeglasses ☐ Sunglasses
Nickname, First Name, Alias
Clothing Description:
Scars, Marks, M.O., Etc.
(Continue in "Details"):

Wanted ☐ | Arrested ☐ | Last Name, First, M.I.

Address, Include City, State, Zip | Apt. No | Res. Pct.

Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

☐ Eyeglasses ☐ Sunglasses
Nickname, First Name, Alias
Clothing Description:
Scars, Marks, M.O., Etc.
(Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details)

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details)

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification In Details:
☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:
Investigation: Robbery
Subject: Line-Up
Status: Case Active

1. On 8/24/04 at 1120 hrs the undersigned conducted a line-up viewed by C/W's : P.O. Pisano and Tiffany Cooper.

2. Christopher Cooper was allowed to select his own seat in line-up and chose seat #4.

3. At 1120hrs the C/W Tiffany Cooper viewed line-up. Tiffany selected suspect #4 within seconds, stating, "The guy I saw in the projects."

4. At 1124hrs the C/W P.O. Pisano viewed the line-up. P.O. Pisano selected suspect #4, stating, " Perp he wrestled with on the street last night."

5. C/V Jason Morales did not view lin-up at this time. Unable to contact him yet.

6. For Your Information.........................

| CASE ☒ACTIVE ☐CLOSED | DATE REVIEWED / CLOSED | | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|---|
| REPORTING OFFICER: | RANK P.O. | SIGNATURE | NAME PRINTED Sneider | TAX REG. NO. 920853 | COMMAND 79RAM |
| REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: C | ENTER DESIGNATION OR B | SIGNATURE | | C.O.'s INITIALS. |

1st COPY CRIMINAL RECORDS SECTION

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

M 332521

☐ ARREST EVIDENCE
☐ INVESTIGATORY
☐ DECEDENT'S PROPERTY
☐ PEDDLER PROPERTY
☐ FOUND PROPERTY
☐ OTHER _____

**DATE PREPARED:** 8/23     YR 2004     PCT. 090

| Arresting/Assigned Officer | | | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|---|---|
| Picano Thomas | | | 29 | 29547 | 912938 | 090 |
| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | | No. of Prisoners | Act./Aided # |

MCROSCH 01
SCHWARTZ

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|---|
| | | Robbery | | ☐ | ☐ | ☐ | ☐ | |

| Owner's Name (See Instructions) | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| Jones Christopher J | 25 Nextmast Ave Apt3M Bklyn NY 11206 | |
| | Address | Telephone No. |
| | Address | Telephone No. |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | (For Property Clerk's Use Only) DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 1 | 1 | Auod Tanfoglio Giuseppe Mod G127 Cal .25 Ser MG56388 | | | |
| 2 | 1 | Magazine | | | |
| | | Above is a complete list of items vouchered | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

M332520

| R.T.O. | Owner/Claimant's Signature | Date | Time | Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused Property Clerk Storage Location |
|---|---|---|---|---|

**REMARKS:** *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

Above property vouchered as Investigatory. SER#876053
Property found in garbage can in F/O 9 Walton St. where
finder observed perp place it.

| Rank and Signature of Desk Officer | Per No. | Signature of Arresting/Assigned Officer | Bero Storage No. |
|---|---|---|---|
| | 9X 10 | | |
| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
| Property Clerk's Signature | | | |

M 332521

**DISTRIBUTION:** WHITE - Prop. Clk. File     SECOND WHITE - Inventory Unit Copy     YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy     GREEN - Evidence Release/Investigation Copy     PINK - Prisoner/Finder Receipt Copy

THIS FORM MUST BE TYPED



# PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pent

Check only one of the below categories.

M 332522

☒ ARREST EVIDENCE    ☐ DECEDENT'S PROPERTY    ☐ FOUND PROPERTY

☐ INVESTIGATORY    ☐ PEDDLER PROPERTY

☐ OTHER _____

DATE PREPARED: 08/24/04

| Arresting/Assigned Officer | | | Rank | Shield No. | Tax Reg. No. | | | YR 2004 | PCT. 090 |
|---|---|---|---|---|---|---|---|---|---|
| P.O PATRICK LANTRY | | | P.O | 19535 | 917851 | | | Command 90 RAM | |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | | | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|---|---|
| JONES, CHRISTOPHER | | 29 | 23 NOSTRAND AVE. APT 3B | | | 01 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | | | | Fel. ☐ | Misd. ☐ | J.D. ☐ | Viol. ☐ | Complaint No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/04 | | | | | | | | | | 66449/083 |

| Finder of Property | | Address (Include City, State, Zip Code, Apt.) | | | Telephone No. |
|---|---|---|---|---|---|
| P.O LANTRY | | 211 UNION AVE 090 PRECINCT | | | |

| Owner's Name (See Instructions) | Address (Include City, State, Zip Code, Apt.) | | | Telephone No. |
|---|---|---|---|---|
| CHRISTOPHER SANTIAGO | | | | |

| Complainant's Name | Address (Include City, State, Zip Code, Apt.) | | | Telephone No. |
|---|---|---|---|---|
| S/A/A | | | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | | DISPOSITION (For Property Clerk's Use Only) AND DATE |
|---|---|---|---|---|---|
| 01 | 02 | MOTOROLA i205 CELL PHONES | | | |
| XXXXXXXX | XXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX | XXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| | | ABOVE IS A COMPLETE LIST OF PROPERTY TO BE VOUCHERED | | | |
| | | | TOTAL | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

| R.T.O. | Owner/Claimant's Signature | Date | Time | Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused |
|---|---|---|---|---|
| | | | | Property Clerk Storage Location |

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

ABOVE PROPERTY WAS VOUCHERED AS ARREST EVIDENCE   P.O. RISANO 090
P.S.E # D876054

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | | Baro Storage No. |
|---|---|---|---|---|
| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | | |
| Property Clerk's Signature | | | Command | |

M 332522

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy    YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy    GREEN - Evidence Release/Investigation Copy    PINK - Prisoner/Finder Receipt Copy

ARREST Report - K04661384



Page 1 of

# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS: ARR PRC CMPL**

**Arrest Location: INSIDE OF 263 TOMPKINS AVENUE**  Arrest ID: K04661384 - P.

Pct: 079

**Arrest Date: 08-24-2004**  Processing Type: ON LINE
**Time: 21:50:00**  DCJS Fax Number: K0063464
Sector: D  Special Event Code: -
DAT: NO
Stop And Frisk: NO  Return Date:
Serial #: 0000-000-00000

**COMPLAINTS:**  Arrest #: K04661384

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2004-079-07045 | 2004-08-23 | Ready for Signoff, No Arrest | 2004-08-23 | 21:35 |

**CHARGES:**  Arrest #: K04661384

| CHARGE | ATTEMPT | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 160.15 02 F | B | | 1 | ROB-1ST:FORC THEFT/DEADLY WEAP |
| #02 | No | PL 265.03 02 F | C | | 1 | CRIM POSS LOADED FIREARM-2ND |

| DWI Arrest Type: | # Injured: 00 | # Fatalities 00 | Test Given: | B.I.C: | Reason Not Rec/Id: |
|---|---|---|---|---|---|

**DETAILS:**  Arrest #: K04661384

AT T/P/O DEFT DID FORCIBLY REMOVE C/V'S JEWLERY AT GUNPOINT INSIDE OF AN ELEVA
TOR.

## DEFENDANT: JONES, CHRISTOPHER

Arrest #: K04661384

Nick/AKA/Maiden:  Height: 5FT 11IN
Sex: MALE  Weight: 165
Race: BLACK  Eye Color: BROWN
Age: 29  Hair Color: BLACK
Date Of Birth: 05/12/1975  Hair Length: NORMAL
U.S. Citizen: YES  Hair Style: BRAIDS
Place Birth:  Skin Tone: DARK
Need Interpreter: NO  Complexion: CLEAR
Language:
Accent: NO  Soc.Security #:
Occupation: NONE
Physical Condition: INJ-TREATED RELEASED  Lic/Permit Type:
Drug Used: NONE  Lic/Permit No:

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: STRANGER
Living together: NO
Can Be Identified: YES

Gang Affiliation:
Name:
Members:

| LOCATION | ADDRESS | CITY | STATE | ENTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | 23 NOSTRAND AVENUE | BROOKLYN | NEW YORK | | 11206 | 3B | 079 |

Phone # and EMail Address: HOME: 718-000-0042

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty:
Development:  N.Y.C. Transit Employee: NO

Physical Force: USED  Gun:
Weapon: USED/DISPLAYED  Make:
Other:  Color:
Caliber: .38 CAL
Type: PISTOL, SEMIAUTOMATI
Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Pass:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | JASON YOU KNOW WHAT THIS IS |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | ASKED QUESTION / OFFERED ASSIS |
| MODUS OPERANDI | DECEPTION USED |
| MODUS OPERANDI | JEWELRY/NECK CHAIN SNATCH |
| MODUS OPERANDI | TOOK COMPL. TO ISOLATED AREA |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - BASEBALL HAT - BLACK |
| CLOTHING | ACCESSORIES -- BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |

79 SUD
Fax:7186366643
Aug 24 2004 21:42  P.02

ARREST Report - K04661384

Page 2 of

| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## JUVENILE DATA:

Arrest #: K04661384

| Juvenile Offender: | Relative Notified: | Personal Recog: |
| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

## ASSOCIATED ARRESTS:

Arrest #: K04661384

ARREST ID COMPLAINT #

## DEFENDANTS CALLS:

Arrest #: K04661384

| CALL # | NUMBER DIALED | NAME CALLED | DATE | TIME |
| 1 | 718-004-8342 | THOMASINA | 08/24/2004 21:50 | |

## INVOICES:

Arrest #: K04661384

| INVOICE # | COMMAND | PROPERTY TYPE | VALUE |
| 88352521 | 690 | FIREARMS/WEAPONS | UNKNOWN |
| 88352520 | 690 | CLOTHING | UNKNOWN |

## ARRESTING OFFICER: POM STEVEN G SNEIDER

Arrest #: K04661384

| Tax Number: 929965 | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): 929965 | In Uniform: NO | Type: |
| Shield: 842 | Squad: C | Recoys: |
| Department: NYPD | Chart: 08 | Officer Injured: NO |
| Command: BND 670 Primary Assignment: | | |

| Arresting Officer Name:<br>POM SNEIDER, STEVEN G | Tax #:<br>929963 | Command:<br>BND 670 | Agency:<br>NYPD |
| Supervisor Approving:<br>SGT COUGHLIN | Tax #:<br>907388 | Command:<br>296 | Agency:<br>NYPD |
| Report Entered by:<br>DT3 HENNIGAN | Tax #:<br>916078 | Command:<br>296 | Agency:<br>NYPD |

## END OF ARREST REPORT
## K04661384

**ON LINE BOOKING SYSTEM ARREST REPORT - SUPPLEMENT WORKSHEET**
PD 244-1516 (1-98)-Pent.

Arrest ID: K04661384-B

**ARRESTING OFFICER INFORMATION**

1. Tax Reg. No. 910717 — Name (Last, First, M.I.) CHAVIS,DOUGLAS — Rank P.O. — Command BTRS
2. Shield No. 6617 — Social Security No. (If Not NYPD) — On Duty? XX Yes ☐ No — In Uniform? ☐ Yes XX No — Injured? ☐ Yes XX No
4. Used Force? ☐ Yes ☒ No — Type: A ☐ Handgun B ☐ Physical Force C ☐ Chemical Agent D ☐ Nightstick, Blunt Instrument E ☐ Firearm ☐ Other
   Reason Force Used: A ☐ Overcome Assault B ☐ Restrain C ☐ Prevent Escape Z ☐ Other
5. Officer Assigned ☐ Yes ☒ No — Arresting Officer's Dept. — Precinct of Arrest

**DEFENDANT INFORMATION**

6. Last Name JONES — First Name CHRISTOPHER — M.I. J
7. Resident Precinct 079 — or 1 ☐ Other in N.Y.C. 2 ☐ N.Y. State 3 ☐ Other State 4 ☐ No Home
8. Address (Include City, State, Zip) 25 NOSTAND AVENUE BROOKLYN,NY 11206 — Apt. No. 3B — Home Telephone No. (718)694-8342
9. Telephone Calls 1. ( ) — Name — Telephone Calls 2. ( ) — Name

**ARREST INFORMATION**

10. Time 1806 — Date 08-24-04 — Physical Condition APPARENTLY NORMAL
11. Arrest Location 360 CARROLL STREET/TD32 — DAT? ☐ Yes XX No — Return Date — A/O Excused? ☐ Yes ☐ No

**CHARGES INFORMATION**

| | ATTEMPT? | LAW | SECTION | SUB. | CLS. | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Top Chg. | ☐ Yes XX No | P.L. | 160.15 | | D | F | 01 | ROBBERY 1 |
| 2nd Chg. | ☐ Yes ☐ No | | | | | | | |
| *2. 3rd Chg. | ☐ Yes ☐ No | | | | | | | |
| 4th Chg. | ☐ Yes ☐ No | | | | | | | |
| 5th Chg. | ☐ Yes ☐ No | | | | | | | |

13. Occurrence: Time 0125 — Date 08-14-04 — Specific Location CENTRAL AVE. ABOARD S/B 'M' TRAIN
14. Narrative "AT/T/P/O COMPLAINANT STATES HE WAS APPROACHED BY DEFT. AND (1) OTHER UNAPPREHENDED AND ROBBED AT GUN POINT. ABOARD S/B'M' TRAIN

**PROPERTY VOUCHER INFORMATION**

15. Number 1. M352522 — Command 050 — Value — Type: 22 ☐ Drugs 54 ☐ Veh. 56 ☐ Curr. 59 ☐ Firearm 57 ☐ Jwlry 36 ☐ Boat 97 ☒ Other
    Number 2. — Command — Value — Type: 22 ☐ Drugs 54 ☐ Veh. 56 ☐ Curr. 59 ☐ Firearm 57 ☐ Jwlry 36 ☐ Boat 97 ☐ Other
    Number 3. — Command — Value — Type: 22 ☐ Drugs 54 ☐ Veh. 56 ☐ Curr. 59 ☐ Firearm 57 ☐ Jwlry 36 ☐ Boat 97 ☐ Other

**COMPLAINT DATA**

16. Is Comp. A Comp.? ☐ Yes ☒ No — or PSNY? ☐ Yes ☒ No — or Disabled? ☐ Yes ☒ No — Total Victims 01 — Sex ☒ Male ☐ Female — Age
17. Name NOEL COLON
18. Address
19. Command 66449 — 083 — Sec. — Jurisdiction of Complaint 01
20. Method Type — Premises Type — Location — Aided No. — Command — Accident No. — Command

**RETURN ON WARRANT**

21. Type of Warrant ☐ Criminal Court ☐ Supreme Court ☐ Family Court ☐ SAP ☐ PIMS ☐ Other — Warrant or OCA Number — Docket Number

**HOSPITALIZED PRISONER**

22. Hospital Name — Hospital Address — Room Number
23. Visitor's Name — Visitor's Address

**IF DEFENDANT IS RELEASED FROM HOSPITAL:**

24. Issued a Desk Apearance Ticket ☐ Yes ☐ No — Return Date — And Under 19 Years Old Notified Parent or Guardian ☐ Yes ☐ No — Time — Date
25. Arresting Officer Notified ☐ Yes ☐ No — Time — Date

**IF CHANGE IN DEFENDANTS IDENTITY OR ADDRESS**

26. Last Name — First Name — M.I. — D.O.B.
27. Address — Res. Pct.

**MARK HERE IF**

28. Defendant Forfeits Bail ☐ Yes ☐ No — Was Defendant Re-Arrested ☐ Yes ☐ No — Attorney Visits Prisoner ☐ Yes ☐ No
29. Attorney's Last Name — Attorney's First Name — Telephone No.
30. Attorney's Address (Include City, State, Zip.)
31. Released in Custody Of Member Of Accident Investigation Squad to Permit Examination Of A Vehicle If a Person Has Been Killed Or Injured And Likely To Die ☐ Yes
32. Clothing Removed From Homicide Victim For Examination At Crime Laboratory ☐ Yes
33. Child Released From Place Of Detention ☐ Yes
34. Reviewing Supervisor's Name (Printed) — Signature

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ARREST ON THE COMPLAINT, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY
SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED, CRIME INCIDENT DATA. USE COMPLAINT FOLLOW-UP (PD 313-081) TO REPORT THE PRECEDING.

| COMPLAINT - FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31 | POST# 3348 | | CN# 143202 | | PAGE | OF | PAGE |
|---|---|---|---|---|---|---|---|
| | Crime ROBBERY 1 | Pct. 083 | OCCB No. | Complaint No. 66449 | | Date of This Report 08/24/04 | 14 |

| Date of Orig. Report 08/14/04 | Date Assigned 08/18/04 | Case No. 936 | Unit Reporting BROOKLYN TRANSIT DET. SQUAD | | Follow-Up No. 936- |
|---|---|---|---|---|---|

**1** Complainant's Name - Last, First, M.I.
COLON,NOEL          Victim's Name - If Different

**Witness No. 1** Last Name, First, M.I.          Address, Include City, State, Zip          Apt. No.   **15**

Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age

Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

**2** **Perp. No. 1** Wanted ☐   Arrested ☐   Last Name, First, M.I.          Address, Include City, State, Zip   Apt. No   Res. Pct.   **16**

Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

☐ Eyeglasses ☐ Sunglasses   Clothing Description,
Nickname, First Name, Alias          Scars, Marks, M.O., Etc.
(Continue in ''Details''):

**Perp. No. 2** Wanted ☐   Arrested ☐   Last Name, First, M.I.          Address, Include City, State, Zip   Apt. No   Res. Pct.   **17**

Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

☐ Eyeglasses ☐ Sunglasses   Clothing Description,
Nickname, First Name, Alias          Scars, Marks, M.O., Etc.
(Continue in ''Details''):

**3** AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE ''NO RESULTS.''   **18**

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details)

**4** Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details)   **19**

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

**5** Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:   **20**

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

**6** If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐C-1 Improper Referral   ☐C-2 Inaccurate Facts   ☐C-3 No Evidence / Can't ID   ☐C-4 Uncooperative Complainant   ☐C-5 ''Leads'' Exhausted   **21**

DETAILS:

           INVESTIGATION: ROBBERY 1
           SUBJECT       : LINE UP CONDUCTED W/COMPLAINANT

     1.   ON TUESDAY AUGUST 24,2004 @ APPROXIMATELY 1806HRS. A LINE UP
WAS CONDUCTED WHICH CONSISTED OF (CHRISTOPHER JONES NYSID# 6679892L) A
SUSPECT IN THIS CASE AND FIVE FILLERS IN SIMILAR APPEARANCE AS THE
SUSPECT. THE SUSPECT CHOSE TO SIT IN POSITION #2 DURING THE LINE UP.

     2.   PRESENT AT THE LINE UP WAS COMPLAINANT IN THIS CASE (NOEL
COLON) WHO WAS PICKED UP @ 081PCT. BY THE UNDERSIGNED AND DET. RIVERA IN
RMP #518.

     3.   AT 1806HRS. THE COMPLAINANT(NOEL COLON) MADE A POSITIVE
IDENTIFICATION OF THE SUSPECT(CHRISTOPHER JONES) IN POSITION #2 AS THE
PERSON THAT ROBBED HIM ON (08-14-04 @ CENTRAL AVENUE SUBWAY STATION ON
BOARD S/B 'M' TRAIN. CONDUCTING THE LINE UP WAS THE UNDERSIGNED AND SGT.
RISANO, W/DET. STATEN RUNNING THE LINE UP ROOM. AFTER THE LINE UP THE
COMPLAINANT WAS ESCORTED TO ROOM #111 SEPARATE FROM OTHER COMPLAINANTS
WHO HAVE NOT YET VIEWED THE LINE UP.

| CASE ☐ ACTIVE ☐ CLOSED | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| REPORTING OFFICER | RANK P.O. | SIGNATURE | INITIAL | NAME PRINTED DOUGLAS CHAVIS | TAX REG. NO. 910717 | COMMAND BTRS |
| REVIEWING / CLOSING SUPERVISOR | CASE CLOSED: | ENTER DESIGNATION | SIGNATURE | | C.O.'s INITIALS |



**CIVILIAN COMPLAINT REVIEW BOARD**
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

MICHAEL R. BLOOMBERG
MAYOR

FLORENCE L. FINKLE
EXECUTIVE DIRECTOR

December 13, 2004

Mr. Christopher Jones
23 Nostrand Avenue 3B
Brooklyn, NY 11206

Re: CCRB case number 200408367

Dear Mr. Jones:

I am now writing to inform you of the Board's findings on the allegation(s) raised by the above-referenced complaint.

| Allegation(s) by letter : | Board finding(s) : |
|---|---|
| A)   Officers struck Christopher Jones with a gun. | Complainant Uncooperative |
| B)   Officers struck Christopher Jones with a radio. | Complainant Uncooperative |

The Board did not conduct a full and thorough investigation of this complaint in the absence of an available and cooperative complainant and/or victim(s). However, where new evidence or a previously unavailable or uncooperative witness becomes available within eighteen months of the Board's closure of the case, the Board may reopen the case if such new evidence may reasonably lead to a different finding. To request that the Board reopen a closed case, please detail the new evidence and the request in a letter addressed to Graham Daw, Agency Counsel. If you have any questions regarding this procedure, you may call Mr. Daw at (212) 676-8591.

Sincerely,

Florence L. Finkle

Florence L. Finkle
Executive Director

FDNY/EMS
P.O. BOX 1103
NEW YORK NY 10159-1103

# PROGRESSIVE RECOVERY TECHNIQUES

CALL TOLL FREE 1-(866) 759-9241

DECEMBER 20, 2004

1000674.01 AV 0.278 **AUTO T4 2 1100 11206-516632

85100-1111342
CHRISTOPHE JONES
23 NOSTRAND AVE APT 3B
BROOKLYN NY 11206-5166

RE:  CLIENT:            FDNY EMS
     PATIENT:           CHRISTOPHE JONES
     SERVICE TO:        BKLYN HOSP CAMPUS-BKLYN HOSP C
     AMOUNT DUE:             $438.00

DEAR CHRISTOPHE JONES:

Emergency Ambulance Service Care was provided by the New York City
Fire Department on the date and location indicated above. You
have failed to respond to our previous request for payment or
information. THIS IS A SERIOUS MATTER. If you fail to contact us
within 30 days, your account will be subject to referral to a
collection agency.

MAKE ALL CHECKS OR MONEY ORDERS PAYABLE TO:  NEW YORK CITY FIRE
DEPARTMENT and include your file number on the check or money
order. DO NOT SEND CASH. Mail all payments or correspondence to
the address listed on the back of this letter.

If you are covered by MEDICAID, MEDICARE, or PRIVATE INSURANCE, do
not send payment, but submit the Insurance Information on the back
of this letter. IN ORDER FOR US TO SUBMIT A CLAIM TO YOUR
INSURANCE CARRIER, YOU MUST READ AND SIGN THE ASSIGNMENT AND
RELEASE AUTHORIZATION LOCATED ON THE BACK OF THIS LETTER. Your
bill will then be forwarded to the appropriate agency or carrier
for payment.

YOU MAY CONTACT YOUR
ACCOUNT REPRESENTATIVE TOLL FREE AT: 1-(866)759-9241

VERY TRULY YOURS,
FDNY EMS

PROGRESSIVE RECOVERY TECHNIQUES IS A DEBT COLLECTOR
AND A MEMBER OF THE AMERICAN COLLECTORS ASSOCIATION.

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ALL INFORMATION

If Questions, Please Call:
Contact:

THE BROOKLYN HOSPITAL CENTER
3 EXPRESSWAY PLAZA
ROSLYN HEIGHTS NY 11577-2050

| 1 | Patient Name | |
|---|---|---|
| | JONES, CHRISTOPHER | 1255437 |

| 2 | Service Date(s) From/Through | 3 | Statement Date | Page |
|---|---|---|---|---|
| | 08/25/04 08/25/04 | | 09/06/04 | 1 |

| 4 | This is the current insurance information on file |
|---|---|

*Please review and make corrections on the back of this form*

**Insurance Name**        **Policy #**

1.
2.
3.
4.

| 5 | If paying by CREDIT CARD, please complete this section |
|---|---|

_ MC _VISA _AMEX

Card # _____

Exp. Date _____/_____ AMT AUTHORIZED $ _____.____

Signature _____

| 6 | CHECK/M.O. |
|---|---|

AMOUNT
ENCLOSED

$ _____

00002514    1 AT    0.292   01
JONES CHRISTOPHER
23 NOSTRAND AVE # 3B
BROOKLYN NY 11206-5166

THE BROOKLYN HOSPITAL CENTER
3 EXPRESSWAY PLAZA
ROSLYN HEIGHTS NY 11577-2050

| 9 | Account Number | 10 | Previous Balance | 11 | Charges | 12 | Est. Ins. Coverage | 13 | Payments/Adj's | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | .00 | | 1647.98 | | .00 | | 145.85 | 1,793.83 |

*To ensure proper credit to your account, detach top section and return with your payment*

| 15 | Account Number | 16 | Patient Name | 17 | Service Date(s) | 18 | Statement Date | Page |
|---|---|---|---|---|---|---|---|---|
| | | | JONES, CHRISTOPHER | | 08/25/04 08/25/04 | | 09/06/04 | 1 |

| 19 | Date(s) | 20 | Description | 21 | Charges | 22 | Est.Ins.Coverage | 23 | Payments/Adj's |
|---|---|---|---|---|---|---|---|---|---|
| | | OPEN ITEM - CURRENT TRANSACTIONS | | | | | | |
| 0409012156 | GEMERG  DOWNTOWN EMERGENCY DEPARTMENT  GEM006 | | | | | | | | |
| 08/25/04 | EMERGENCY VISIT-BRIEF    9928 | | | | 262.50 | | | | |
| 08/25/04 | TEMPERO-MANDIB/JOINTS    7033 | | | | 146.27 | | | | |
| 08/25/04 | C/T ORBITS W/O CONTRAST  7048 | | | | 493.92 | | | | |
| 08/25/04 | C/T MANDIBLE W/O CONTRAS 7048 | | | | 745.29 | | | | |
| 09/04/04 | BILLED    1647.98  TO PATIENT | | | | | | | | .00 |
| 09/04/04 | NY STATE SURCHARGE | | | | | | | | 145.85 |

| 24 | Previous Balance | | .00 | Column Totals: | 1647.98 | | .00 | | 145.85 |
|---|---|---|---|---|---|---|---|---|---|
| H | | | | | | | | | 1,793.83 |

THIS IS YOUR INITIAL BILL. YOU ARE
RESPONSIBLE FOR THE ABOVE STATED AMOUNT.
EITHER SEND US YOUR INSURANCE
INFORMATION, OR PAY THE AMOUNT DUE.  FOR
INQUIRIES, CALL 1-866-590-0983. THANK
YOU

2

**TBHC RADIOLOGY SERVICES, P.C.**
998C OLD COUNTRY RD #336
PLAINVIEW, NY 11803-4981

14463-J441

RETURN SERVICE REQUESTED          DATASET 71

*BILLING OFFICE HOURS ARE 8:30AM-4:30PM*
PHONE #: (866) 688-3326

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 10/22/04 | $235.00 | 12454 |

**PAGE: 1 of 1**

| SHOW AMOUNT PAID HERE | $ |
|---|---|

============= ADDRESSEE: =============

CHRISTOPHER JONES
23 NOSTRAND AVE
BROOKLYN, NY 11206-5166

============ REMIT TO: ============

TBHC RADIOLOGY SERVICES, P.C.
PO BOX 31194
HARTFORD, CT 06150-1194

PATIENT NAME: CHRISTOPHER JONES

14463-J441*1D00ZPZGA001094

☐ Please check box if address is incorrect or insurance
☐ information has changed, and indicate change(s) on reverse side.

**STATEMENT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DESCRIPTION | DOCTOR | CHARGES | MEDICARE RECEIPTS | INSURANCE RECEIPTS | PATIENT RECEIPTS | ADJUSTMENTS | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 08/25/04 | X-RAY EXAM OF JAW JOINTS | HABERT MD | 35.00 | .00 | .00 | .00 | .00 | 35.00 |
| 08/25/04 | CAT SCAN OF SKULL | JAMES MD | 200.00 | .00 | .00 | .00 | .00 | 200.00 |

| CURRENT | 30-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 0.00 | 235.00 | 0.00 | 0.00 | 0.00 |

| ACCOUNT BALANCE | INSURANCE PENDING |
|---|---|
| 235.00 | 0.00 |

| DUE FROM PATIENT |
|---|
| $235.00 |

**\*\* STATEMENT DUE UPON RECEIPT \* THANK YOU \*\***

14463-J441*1D00ZPZGA001094                 1D00ZTHVX:1.1

If Questions. Please Call.
Contact:

**THE BROOKLYN HOSPITAL CENTER**
**3 EXPRESSWAY PLAZA**
**ROSLYN HEIGHTS NY 11577-2050**

| 1 | Patient Name | | |
|---|---|---|---|
| | **JONES, CHRISTOPHER** | | **1255437** |
| 2 | Service Date(s) From/Through | 3 | Statement Date | Page |
| | 08/25/04  08/25/04 | | 12/20/04 | 1 |

| 4 | This is the current insurance information on file |
|---|---|

*Please review and make corrections on the back of this form*

| Insurance Name | Policy # |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

| 5 | If paying by CREDIT CARD, please complete this section |
|---|---|

_  MC _VISA _AMEX

Card # _____

Exp. Date _____/_____  AMT AUTHORIZED $ _____.___

Signature _____

| 6 | CHECK/M.O. |
|---|---|

AMOUNT
ENCLOSED

$ _____.___

|ıllllıllıllıllılıılıllıllıllıl.lılll.lıllıllıılll|
00002628   1 AT    0.292   01
JONES CHRISTOPHER
23 NOSTRAND AVE # 3B
BROOKLYN NY 11206-5166

**THE BROOKLYN HOSPITAL CENTER**
**3 EXPRESSWAY PLAZA**
**ROSLYN HEIGHTS NY 11577-2050**

| 9 | Account Number | 10 | Previous Balance | 11 | Charges | 12 | Est. Ins. Coverage | 13 | Payments/Adj's | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0409012156 | | 1793.83 | | .00 | | .00 | | .00 | 1,793.83 |

*To ensure proper credit to your account, detach top section and return with your payment*

| 15 | Account Number | 16 | Patient Name | 17 | Service Date(s) | 18 | Statement Date | Page |
|---|---|---|---|---|---|---|---|---|
| | 0409012156 | | JONES, CHRISTOPHER | | 08/25/04  08/25/04 | | 12/20/04 | 1 |

| 19 | Date(s) | 20 | Description | 21 | Charges | 22 | Est.Ins.Coverage | 23 | Payments/Adj's |
|---|---|---|---|---|---|---|---|---|
| | | | OPEN ITEM - CURRENT TRANSACTIONS | | | | | | |
| 0409012156 | | GEMERG | DOWNTOWN EMERGENCY DEPARTMENT   GEM006 | | | | | | |

| 24 | Previous Balance | | 1793.83 | Column Totals: | .00 | | .00 | | .00 | |
|---|---|---|---|---|---|---|---|---|---|---|
| H | | | | | | | | | 1,793.83 |

**WE SENT YOU A BILL WITHIN THE PAST 90
DAYS. YOU ARE RESPONSIBLE FOR THE ABOVE
AMOUNT  IF WE DO NOT RECEIVE YOUR
INSURANCE INFORMATION, OR PAYMENT, WE
WILL BE FORCED TO SEND YOUR ACCOUNT TO
A COLLECTION AGENCY.  FOR INQUIRIES,
CALL 1-866-590-0983. THANK YOU**

Discharge Instructions

# CONTUSION, SOFT TISSUE

You have a CONTUSION, which is a bruise with swelling and some bleeding under the skin. There are no broken bones. This injury takes a few days to a few weeks to heal.

**HOME CARE:**

1) Keep the injured part elevated to reduce pain and swelling. This is especially important during the first 48 hours.

2) Make an ice pack (ice cubes in a plastic bag, wrapped in a towel) and apply for 20 minutes every 1-2 hours the first day. Continue this 3-4 times a day until the swelling goes down.

3) You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**FOLLOW UP** with your doctor or this facility if you are not improving within the next THREE days.

[NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Pain or swelling increases
-- Injured arm or leg becomes cold, blue, numb or tingly
-- Redness, warmth or drainage from the skin
-- Fever over 99.5 (oral)

## FACIAL CONTUSION

[no wake-up]

You have a facial contusion, which means a bruise with swelling and sometimes bleeding under the skin. The swelling should start to go down within two days. Although there is no sign of a serious injury at this time, symptoms may appear later which could be a sign of a more serious problem. Therefore, watch for the warning signs below.

**HOME CARE:**

1) If you have swelling of the face, apply an ice pack (ice cubes in a plastic bag, wrapped in a towel) for 20 minutes every 1-2 hours until the swelling starts to go down.

2) If you have scrapes or cuts on your face, clean them daily with soap and water. Apply an antibiotic ointment or cream (Bacitracin or Neosporin) for the first few days to prevent infection.

3) You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**FOLLOW UP** with your doctor or this facility if you do not start to improve within the next 24 hours.

[NOTE: Any X-rays taken will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Increasing facial swelling
-- Fever, redness, warmth or pus from the injured area
-- Jaw pain with chewing or increasing pain in the sinuses
-- Nose looks crooked or cannot breathe through your nose after swelling goes down
-- Seeing double
-- Repeated vomiting
-- Severe or worsening headache or dizziness
-- Unusual drowsiness or unable to awaken as usual
-- Unequal pupils
-- Confusion or change in behavior or speech
-- Convulsion (seizure)

Discharge Instructions

## CONTUSION, SOFT TISSUE

You have a CONTUSION, which is a bruise with swelling and some bleeding under the skin. There are no broken bones. This injury takes a few days to a few weeks to heal.

### HOME CARE:

1) Keep the injured part elevated to reduce pain and swelling. This is especially important during the first 48 hours.

2) Make an ice pack (ice cubes in a plastic bag, wrapped in a towel) and apply for 20 minutes every 1-2 hours the first day. Continue this 3-4 times a day until the swelling goes down.

3) You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**FOLLOW UP** with your doctor or this facility if you are not improving within the next THREE days.

[NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Pain or swelling increases
-- Injured arm or leg becomes cold, blue, numb or tingly
-- Redness, warmth or drainage from the skin
-- Fever over 99.5 (oral)

Dr. Rajesh Mittal

 

# THE NEW YORK CITY
## DEPARTMENT OF CORRECTION
## NUTRITIONAL SERVICES DIVISION

### DIET PRESCRIPTION REQUEST

Date: 08/26/04

| | |
|---|---|
| Inmate Name: JONES CHRISTOPHER | |
| Inmate I.D. Number: 1410413522 | Sex: M  Age: 29 |
| Institution: OBCC | Cell/Loc: |
| Diagnosis: HYPERSENSITIVE thooth | |
| Height: 5.11, Admission Wt: | Present Wt.: 168  IBW: |

**Check appropriate diet:**

Liquid Diet

**Diabetic:**
- [ ] 1800 Calorie
- [ ] 2000 Calorie
- [ ] No Concentrated Sweets
- [ ] PM Snack

- [ ] Clear Liquid
- [x] Full Liquid
- [ ] Soft
- [ ] Low Fat/Low Cholesterol
- [ ] Low Sodium (3-4 Gm.)
- [ ] Renal (60 Gm. Protein)
- [ ] Puree/Blended
- [ ] High Calorie (To be evaluated by the Dietitian)
- [ ] Supplements (To be evaluated by the Dietitian)

NOTE: Refer to the DOC Diet Manual available in the Clinic
**Do Not** add to the above Diets

Complete Diet Prescription Request in triplicate. Give inmate original, place one copy in Dietitian's mail box, located in the main clinic, and the other copy in the inmate's medical chart.

| | |
|---|---|
| Beginning Date: 8/26/04 | Ending Date: UNDIFINITE |

Rafael Calderon
Clinician's Signature

R. CALDERON, RD

**MEDICAL TREATMENT OF PRISONER**
PD 244-150 (Rev. 12-99)-Pert-RMU

Date 08/26/04

**SECTION I - TO BE COMPLETED BY N.Y.P.D.**

Prisoner's Name (Last, First, M.I.) (Print) **JONES, CHRISTOPHER**  Age **29**  Sex **M**

Address **23 Nostrand ave**  Street  Zip Code **11206**  Apt. **3B**  Telephone No. **718 694-8342**

Arresting Officer: Rank (Print) Name (Last, First, M.I.) **Sneider S**  Signature  Shield No. **942**  Tax Reg. No. **920858**  Command **BND**

Arrest No. **K0466/384**  Cmd. Of Arrest **079'**  Charge **160.15 02**  Signature

Escort Officer: Rank (Print) Name (Last, First, M.I.)  Signature  Shield No.  Tax Reg. No.  Command

Prisoner Requests/Requires Medical Aid ☑ Yes ☐ No  Prisoner Refused Medical Aid ☑ Yes ☐ No  Date **08/26/04**  Time **0125**  Prisoner's Signature **Christopher Jones**

Transported To Hospital (Name)  Date  Time  Via Patrol Wagon #  RMP #  ACR #  PCR #  Operator Rank (Print) Name (Last, First, M.I.)

Returned From Hospital  Attempted Suicide ☐ Yes ☐ No  Nature Of Illness/Injury **Cut to Lips & Gum**  If Injury ☐ Old ☑ New

Date  Time

Restraining Devices Used ☐ Yes Type____  ☐ No  E. S. U. Responded ☐ No ☐ Yes  If Yes, Respondent's Rank (Print) Name (Last, First, M.I.)

Prescription Medication ☐ Yes  Prescription Number And Name Of Physician  Pharmacy / Phone No.  Property Clerk Invoice No./Cmd.
Possessed At Arrest ☐ No

Remarks:  **AT D.O.C Prisoner had and apparent injury to the mouth which the R.M.A For injury.**

Prisoner Refused Medical Aid In The Field ☐ Yes ☐ No  Prisoner Refused Medical Aid At The Command ☐ Yes ☐ No  Prisoner Refused Medical Aid Within The Court Section ☑ Yes ☐ No  Recommend Prisoner Be Separated From General Population ☐ Yes ☐ No

E.M.S. Field Personnel  Print Name (Last, First, M. I.)  Shield #  Date  Time  Refer To Hospital Emergency Room ☐ Yes ☐ No

E.M.S. Court Section  Print Name (Last, First, M. I.)  Shield #  Date  Time  Refer To Hospital Emergency Room ☐ Yes ☐ No

NYPD Supervisor/ Desk Officer  Rank (Print) Name (Last, First, M.I.)  Signature  Cmd. Of Arrest/Court Section  Date  Time

**SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF**

Admitted To Hospital ☐ Yes ☐ No  Suicide Watch Recommended By Hospital Staff ☐ Yes ☐ No  Transfer to Psychiatric Hospital Recommended By Hospital Medical Staff ☐ Yes ☐ No  Medication Prescribed ☐ Yes ☐ No  Medication To Be Taken As Prescribed ☐ Yes ☐ No

Medication To Travel With Prisoner ☐ Yes ☐ No  Refer To Psychiatric Hospital ☐ Yes ☐ No

Print Name (Last, First, M. I.)  Signature  Title  Date  Time

NYPD Court Section Supervisor:  Rank (Print) Name (Last, First, M.I.) **Sgt Bnan E.M.**  Signature  Court Section **BCS**  Date **8/26/04**  Time **012**

Received By Department Of Correction:  Rank (Print) Name (Last, First, M.I.)  Signature  Shield / I. D. #  Date  Time

**DISTRIBUTION: 1. WHITE, 2. BLUE, 3. PINK – DEPT. OF CORRECTION, 4. BUFF – CMD. OF ARREST, 5. GREEN – ARRAIGNING JUDGE.**
(Receipt will be obtained by Escorting Officer on PINK COPY and returned to COURT SECTION facility. Upon receipt of PINK COPY, COURT SECTION Supervisor will remove BUFF COPY from FILE and forward it to COMMAND OF ARREST FOR FILE.)
**NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL.**



# FDNY AMBULANCE CALL REPORT

### PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CI

## NOTICE OF PRIVACY PRACTICES

**Purpose of this Notice:** The ambulance provider is required by law to maintain the privacy of your health care information, known as protected health information (PHI), and to provide you with a notice as to how we may use this information and to whom it may be disclosed. We ask you to acknowledge your receipt of this notice and to consent to the release of this information for the purposes set forth in this notice, but we may nonetheless use and disclose your PHI for any purposes authorized by law.

**Uses and Disclosures of PHI:** We may use and disclose your PHI for the purposes of treatment, payment and other health care operations, including providing a copy of this Ambulance Call Report to the hospital to which you are transported; to obtain payment for the ambulance service that we provide to you; to monitor the quality of patient care provided by ambulance personnel; and to respond to complaints about the ambulance service provided to you. We may disclose your PHI to a relative, friend or other individual involved in your care. We may also use and disclose your PHI in connection with required public health reporting; for workers' compensation purposes; in connection with a legal claim or proceeding; to comply with a subpoena or other compulsory legal process; and for military, national defense, security and certain law enforcement purposes.

**Patient Access to PHI:** You may obtain a copy of your Ambulance Call Report from the ambulance provider for a reasonable fee. Please be sure to include the CAD number and the pre-printed form number on the front of the Ambulance Call Report, at the top of the form. The patient's notarized authorization will be required. All requests for Fire Department Ambulance Call Reports should be mailed to FDNY Public Records Unit, 9 Metrotech Center, 1st Floor, Brooklyn, NY 11201-3857, and must enclose a check for $1.50 and a stamped, self-addressed envelope.

**Amending your PHI:** You may request that we amend the PHI that appears on this Ambulance Call Report if you believe that the information is incorrect. We will consider but may not be required to comply with your request.

**Restricting PHI Use and Disclosure:** You may request that we restrict our use and disclosure of your PHI. We will consider but may not be required to comply with your request.

**Accounting of PHI Use and Disclosure:** You may request an accounting from us of our use and disclosure of your PHI after April 14, 2003, excluding use and disclosure of your PHI for treatment, payment and health care operations and as otherwise provided by law.

**Changes in Privacy Practices:** Our privacy practices are subject to change without further notice, including changes affecting our use and disclosure of any PHI previously created or received. You may obtain a copy of out current or more comprehensive Notice of Privacy Practices by writing to the Privacy Officer of the ambulance provider. You may also obtain the current FDNY Notice of Privacy Practice by accessing the FDNY web site: www.nyc.gov/fdny.

**Complaints:** All complaints regarding the use and disclosure of PHI may be made to the United Stated Department of Health and Human Services and/or to the ambulance provider's Privacy Officer.

**FDNY Privacy Officer:** You may contact the Fire Department's Privacy Officer by writing to FDNY Privacy Officer, Compliance Unit, FDNY Headquarters, 9 Metro Tech Center, Brooklyn, NY 11201-3857, or by calling the FDNY Complaint Hotline at (718) 999-2646.

## AVISO DE PRÁCTICAS DE PRIVACIDAD

**Propósito de este Aviso:** Es requerido por el proveedor del servicio de ambulancia mantenga la privacidad de la información acerca de su condición medica, esta información se llama (PHI); además, el proveedor del servicio de ambulancia debe notificarle el uso que se le dará a esa información y quien tendrá acceso a ella. Le pedimos que acepte el recibo de este aviso y que consienta a que esta información se divulgue con los propósitos provistos, pero que podemos, sin embargo usar y divulgar esa información de acuerdo a cualquier propósito autorizado por la ley.

**Usos y Divulgación de su PHI:** Podemos usar y divulgar su PHI para los propósitos de tratamiento, pagos y otras operaciones de cuidado medico, incluyendo proveerle una copia de este Reporte de Ambulancia al hospital al que va ser trasladado; para obtener pago por el servicio de ambulancia que le estamos proveyendo; para la evaluación de la calidad de los servicios al paciente provisto por el personal del Servicio de Ambulancia; y para contestar querellas relacionadas al los servicios de ambulancia que se le proveyeron. Podemos divulgar su PHI a un pariente, amigo o cualquier otra persona que este relacionada con su cuidado. Podemos usar y divulgar su PHI en conección a los reportes de salud publica requeridos por ley propósitos de reclamos por compensación a los trabajadores; en conección a alguna reclamación o procedimiento legal; para el cumplimiento con una citación legal o cualquier otro procedimiento legal compulsorio; y por propósitos militares, defensa nacional, seguridad, y ciertos propósitos en la aplicación de la ley.

**Acceso del Paciente a su PHI:** Usted puede obtener una copia de su Reporte de Ambulancia de su proveedor del servicio por un precio razonable. Por favor, asegúrese de incluir él numero de CAD y él Numero de Formulario impreso en la parte superior del mismo. Se le requerirá una Autorización del Paciente notarizada. Cualquier petición al Departamento de Bomberos (FDNY) sobre el Reporte de Ambulancia deberá ser enviada a: FDNY Public Records Centre, 9 MetroTech Centre, Brooklyn, NY 11201-3857, debe incluir un pago de $1.50, y un sobre pre-dirigido.

**Enmiendas a su PHI:** Puede solicitar enmiendas a su PHI de cómo aparece en el Reporte de la Ambulancia, si usted cree que la información es incorrecta. Su petición será considerada, pero su cumplimiento no es requerido.

**Restricciones en el Uso y Divulgación del PHI:** Puede pedir que se limite el uso y divulgación de mi PHI. Su petición será considerada, pero su cumplimiento no es requerido.

**Petición de Cuentas del Uso y Divulgación de su PHI:** Depuse del 14 de abril de 2003, puede pedir que se le informe sobre el uso y divulgación que le hemos dado9 a su PHI excluyendo el uso y divulgación de su PHI con relación al tratamiento, pagos, y operaciones de cuidado medico o así como sea provisto por ley.

**Cambios en las Prácticas Privacidad:** Nuestras prácticas de privacidad están sujetas a cambios sin previo aviso, incluyendo cambios que afectan el uso y divulgación de cualquier PHI previamente creado o recibido. Puede obtener una copia del Aviso de Prácticas Privacidad vigentes escribiendo al Privacy Officer del proveedor del servicio de ambulancia. También puede obtener una copia del Aviso de Practicas de privacidad vigentes accesando el website del Departamento de Bomberos al: www.nyc.gov/fdny.

**Querellas:** Toda querella referente al uso y divulgación de su PHI debe ser dirigida al Departamento de Salud y Servicios Humanos de los Estados Unidos (US Department of Health and Human Services) o al Privacy Officer del proveedor del servicio de ambulancia.

**Privacy Officer del Departamento de Bomberos (FDNY):** Pude comunicarse con el Privacy Officer del Departamento de Bomberos escribiendo a: FDNY Privacy Officer, Compliance Unit, FDNY Headquarters, 9 MetroTech Centre, Brooklyn, NY 11201-3857.

**PATIENT INFORMATION RELEASE/ASSIGNMENT OF CLAIM**

By signing the authorization on the Ambulance Call Report, you are authorizing the holder of medical information about you to release to the Centers for Medicare and Medicaid Services and its agents or any entity that may be financially liable for ambulance or other services furnished to you or your dependent, any medical or other information necessary to process a claim for such services.

Emergency ambulance treatment and transport is NOT a free service, but will be provided to you regardless of your ability to pay. You are responsible for any charges resulting from this service that are not covered by your insurance, unless otherwise provided by law.

You further authorize and assign payment of Medicare and any

**INFORMACION DEL PACIENTE / AUTORIZACIÓN PARA EL RECLAMO DE PAGO POR SERVICIOS BRINDADOS**

Al firmar la autorización contenida en el Reporte de Ambulancia, usted esta autorizando al poseedor de su información médica a divulgar cualquier información medica o de cualquier otro tipo que sea requerida por los Centros de Servicios de Medicare y Medicaid y sus agentes o cualquier otra agencia responsable por el pago de servicios de ambulancia y otros servicios brindados a usted o a sus dependientes para procesar el pago por dichos servicios.

Los servicios de emergencia ambulatorios y transportación no se ofrecen gratuitamente, pero se le brindaran sin consideración de su habilidad para pagar. Usted será responsable del pago por servicios no cubiertos por su seguro medico o en cualquier otra medida provista por la ley.